UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

vs.          CASE NO.: 0:19-cv-61682-BB

CHECKERS DRIVE-IN RESTAURANTS, INC.
a Foreign Profit Corporation
d/b/a CHECKERS, JAF RESTAURANT GROUP, LLC,
a Florida Limited Liability Company, d/b/a CHECKERS

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendants, CHECKERS DRIVE-IN RESTAURANTS, INC. and JAF RESTAURANT GROUP, LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendants via US Mail:

**CHECKERS DRIVE-IN RESTAURANTS, INC.,**
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

**JAF RESTAURANT GROUP, LLC**
c/o FREITES, ANGELO
253 BARBADOS DRIVE
JUPITER, FL 33458

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
The Law Office of Gregory S. Sconzo, P.A.
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Service Email: sconzolaw@gmail.com
Email: greg@sconzolawoffice.com
Attorney for Plaintiff